UNITED STATES OF AMERICFA

vs.

RODNEY MONDELL COBY

___FILED ___ENTERED
___LODGED ___RECEIVED

APR 17 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Criminal No. TJS 18-mj-1134

Government Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 4/17/2018 | 4/17/2018 | Copy of Text Messages |
| 2 | 4/17/2018 | 4/17/2018 | Copy of Text Messages |
| 3 | 4/17/2018 | 4/17/2018 | Copy of Text Messages |
| 4 | 4/17/2018 | 4/17/2018 | Copy of Text Messages |
| 5 | 4/17/2018 | 4/17/2018 | Copy of Text Messages |
| 6 | 4/17/2018 | 4/17/2018 | Photo of Facebook Chat Conversation |
| 7 | 4/17/2018 | 4/17/2018 | Photo of Facebook Chat Conversation |
| 8 | 4/17/2018 | 4/17/2018 | Photo of Store |
| 9 | 4/17/2018 | 4/17/2018 | Photo of Telephone Record/Location |
| 10 | 4/17/2018 | 4/17/2018 | Photo of Communication and Contact Information |
| 10.2 | 4/17/2018 | 4/17/2018 | Photo of Communications |
| 12 | 4/17/2018 | 4/17/2018 | Photo of Store |
| 13 | 4/17/2018 | 4/17/2018 | Photo of Sweatshirt |
| 11 | 4/17/2018 | 4/17/2018 | Photo of video surveillance |
| 14 | 4/17/2018 | 4/17/2018 | Photo of Cell phone Location data |
| 15 | 4/17/2018 | 4/17/2018 | Photo of Fentanyl Packs |
| 22 | 4/17/2018 | 4/17/2018 | Photo of Gun |
| 24 | 4/17/2018 | 4/17/2018 | Photo of Gun |
| 25 | 4/17/2018 | 4/17/2018 | Photo of Gun |
| | | | |